

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Carol Gordon                ,
_____ Plaintiff,

v.

City of Meriden
Board of Education
_____ Defendant(s).

Case No. _____
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: 44 Park St, Unit 101
Meriden CT

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more
space is required]: 142 East Main St, Meriden
CT 06450

3.    This action is brought pursuant to [Check all spaces that apply to the type of
claim(s) you wish to assert against the Defendant(s)]:

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
seq., for employment discrimination on the basis of race, color, religion, sex, or
national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
et seq., for employment discrimination based upon age.  Jurisdiction is alleged
pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

_____ .

(B) ☐ Termination of my employment. I was terminated from my

employment on the following date: _____ .

(C) ☐ Failure to promote me. I was refused a promotion on the following

date(s): _____ .

(D) ☑ Other acts as specified below: _____

_Constructive Termination_____

_Poor Evaluation_____

_Diabetes Discrimination_____

_Back Injury Discrimination_____

_Harassment_____

_Retaliation_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race ☑, color ☑, religion ☐, sex ☐, age ☐, national origin ☑ or disability ☑. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

Please see attached rebuttal and exhibits.

_____

_____

_____

_____

_____

_____

7.      The approximate number of persons who are employed by the Defendant

employer I am suing is:___250___.

8.      The alleged discrimination occurred on or about the following date(s) or time

period:___9/5/18 – 5/25/23___.

9.    I filed charges with the:

☐    Equal Employment Opportunity Commission

☑    Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: _1/6/26_ .

[**NOTE:**  If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: Erros based on the whole record.
The DVD with the fact finding conference recording is missing.
CHRO's final finding didn't investigate poor evaluation
which discriminated against diabetes disability. I have
more evidence to prove back injury discrimination,
diabetes discrimination, race discrimination, retaliation and
constructive discharge/termination.

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☐    Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

☑    Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): __

_____ ;

☐ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____ ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☑    DO NOT ☐ demand a trial by jury.

_____    _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

Printed Name and address    Printed Name and address

_____    _____

_____    2038154319
                                    (203) 8154319
( )                                 _____
Attorney's telephone                Plaintiff's telephone

                                    Carolgordon300@gmail.com
_____    _____
Email address if available          Email address if available

Dated: 2/24/26

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 44 Park St Unction on _____.
          (location)        CT06450        (date)
          meriden

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6